# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **EVAN PETROS, Individually,** | : |
| **Plaintiff,** | : |
| v. | : Case No. 2:17-cv-14083-TGB-DRG |
| **WOODWARD NO. 1, INC.** <br> **A Domestic Corporation** | : |
| **Defendant.** | : |

/s/ Pete M. Monismith
PETE M. MONISMITH (P78186)
PETE M. MONISMITH, PC
3945 Forbes Avenue,
Suite #175
Pittsburgh, Pennsylvania  15213
Telephone:  (724) 610-1881
Facsimile (412) 258-1309
Pete@monismithlaw.com
***Attorneys for Plaintiff***

/s/ Ryan Perry
Ryan Perry
Giarmarco, Mullins & Horton, P.C.
Tenth Floor Columbia Center
101 West Big Beaver Road
Troy, Michigan 48084-5280
Phone: (248) 457-7068
Fax: (248) 404-6368
Email: rperry@gmhlaw.com

***Attorney for Defendant***

## STIPULATED ORDER FOR DISMISSAL
## <u>WITH PREJUDICE AND WITHOUT COSTS</u>

At a session of the Court, held in the City of Detroit, Wayne County, Michigan on: _____

PRESENT:  Hon. Terrence G. Berg_____
U.S. District Court Judge

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that a resolution having been reached, the

parties having stipulated to the dismissal of the above-referenced cause of action with prejudice and without costs, interest and attorney fees to any party, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the above entitled cause of action is dismissed in its entirety with prejudice and without costs, interest or attorney fees.

THIS ORDER RESOLVES ALL PENDING CLAIMS AND CLOSES THE CASE.

SO ORDERED.

HON. TERRENCE E. BERG

| PETE M. MONISMITH, P.C. | GIARMARCO, MULLINS & HORTON |
|---|---|
| By: */s/ Pete M. Monismith* <br> PETE M. MONISMITH (P78186) <br> Attorney for Plaintiff | By: */s/ Ryan Perry* <br> Ryan Perry (P55545) <br> Attorney for the Defendant |