UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVSION

| | |
|---|---|
| EVAN PETROS, <br><br> Plaintiff, <br><br> vs. <br><br> SAPUTO, INC.,  WOODWARD NO. 1, INC., <br><br> Defendants. | 2:17-CV-14083-TGB <br><br> ORDER <br><br> HONORABLE TERRENCE G. BERG |

## **ORDER OF DISMISSAL**

The Court was notified that the parties had reached a resolution in this matter.  Therefore, the case will be dismissed.

Accordingly, it is **ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**.  The Court retains jurisdiction over this matter to enforce the terms of any settlement agreement.  *See, e.g., Moore v. United States Postal Serv.*, 369 Fed. App'x 712 (6th Cir. 2010).

**SO ORDERED**.

DATED this 30th day of November, 2018.

                                                      BY THE COURT:

                                                /s/Terrence G. Berg
                                                TERRENCE G. BERG
                                                United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on November 30, 2018, by electronic and/or ordinary mail.
/s/ Amanda Chubb
Case Manager
(313) 234-2644